IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GRANT CLARK WASIK, #13842-025, | ) |
| Petitioner, | ) |
| v. | ) Case No. 3:23-cv-1591-JPG |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**JUDGMENT IN A CIVIL CASE**

This matter having come before the Court, and the Court having rendered a decision;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice.

**DATED:** May 8, 2024

MONICA A. STUMP, Clerk of Court

By:  *s/Tina Gray,*
     Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
J. PHIL GILBERT
U.S. DISTRICT JUDGE